**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**
**AT COLUMBUS**

|  |  |
|---|---|
| ALI MOHAMED, | ) Case No. 20-cv-5861-ALM-EPD |
| PLAINTIFF | ) |
| v. | ) |
| STRATOSPHERE QUALITY, LLC, | ) |
| DEFENDANT. | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Stratosphere Quality, LLC ("Defendant" or "Stratosphere Quality"), by counsel, states that it is an Indiana Limited Liability Company and that Sojitz Quality Inc. and Green Tec US Co. LTD are the only entities that own 10% or more of its membership interes.

Respectfully submitted,

*V. Brandon McGrath*
V. Brandon McGrath (0072057)
DENTONS BINGHAM GREENEBAUM LLP
2350 First Financial Center
255 East Fifth Street
Cincinnati, Ohio 45202
Email: Brandon.mcgrath@dentons.com
*Counsel for Defendant Stratosphere Quality, LLC*

2

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Corporate Disclosure Statement was served on the following by U.S. Mail on November 11, 2020:

Mohamed Ali
237 Whitethorne Avenue
Columbus, Ohio 43223
*Plaintiff*

*V. Brandon McGrath*
*Counsel for Defendant Stratosphere Quality, LLC*
