**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **MOHAMED ALI,** | : |
| | : |
| Plaintiff, | : |
| | : Case No. 2:20-cv-5861 |
| v. | : Chief Judge Algenon L. Marbley |
| | : Magistrate Judge Elizabeth P. Deavers |
| **STRATOSPHERE QUALITY, LLC ,** | : |
| | : |
| Defendant. | : |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED that pursuant to the March 28, 2022 Opinion and Order, the Court **GRANTED** the Defendant's Motion to Dismiss Amended Complaint. This case is hereby DISMISSED.

**Date: March 28, 2022**                    Richard W. Nagel, Clerk

                                                                  _s/Diane Stash_
                                                                  Diane Stash/Deputy Clerk